**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01697-LTB-MJW

HENRY PAUL GEISERT and
DOROTHY GEISERT,

       Plaintiffs,

v.

HERITAGE FORD LINCOLN, INC., a Colorado corporation;
DANIEL ZWISLER, in his personal capacity;
BRANDON FOX, in his personal capacity;
JOHN DOE 1-6, in their personal capacity,

       Defendants.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 21 - filed April 4, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED:   April 5, 2012